UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
FEB 08 2022
U.S. CLERK
INDIANAPOLIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. |
| JAMES OSBORNE III, and MIESHIA WEBSTER, | ) ) ) ) | -01 -02 |
| Defendants. | ) ) | 1:22-cr-0017 JMS-MG |

## **INDICTMENT**

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 371
Conspiracy to Transfer Firearms to Out-of-State Resident

The Grand Jury further charges that:

On or about June 30, 2021 through September 15, 2021, in the Southern District of Indiana, JAMES OBSBORNE and MIESHIA WEBSTER, defendants herein, did knowingly conspire together, to transfer firearms to an out-of-state resident, in violation of Title 18, United States Code, Section 922(a)(5).

### MANNER AND MEANS OF THE CONSPIRACY

1. It was part of the conspiracy that JAMES OBSBORNE and MIESHIA WEBSTER worked together to purchase firearms in the Southern District of Indiana and transfer them to a resident of Illinois.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others.

1. On or about September 13, 2021, WEBSTER and OSBORNE travelled to Premier Arms LLC in Brownsburg, Indiana, where WEBSTER purchased two Glock firearms at the direction of OSBORNE.

2. On or about September 15, 2021, WEBSTER and OSBORNE travelled to Premier Arms LLC in Brownsburg, Indiana, where WEBSTER purchased Glock firearms at the direction of OSBORNE.

3. On or about September 15, 2021, WEBSTER and OSBORNE travelled to Plainfield Shooting LLC in Brownsburg, Indiana, where WEBSTER purchased two Glock firearms at the direction of OSBORNE.

4. On or about September 15, 2021, WEBSTER and OSBORNE travelled to Lafayette, Indiana to meet with and sell five Glock firearms to an individual they knew lived in Illinois.

All in violation of Title 18 United States Code, Section 371.

## COUNT 2
### 18 U.S.C. § 922(a)(6)
Making Materially False Statement in Connection with Acquisitions of Firearms – Straw Purchase

On or about September 13, 2021, in the Southern District of Indiana, MIESHIA WEBSTER, a defendant herein, acquired a firearm, specifically a Glock 21 .45 caliber pistol and a Glock 26 9mm pistol, from Premier Arms LLC located at 3754 S. Green Street, Brownsburg, Indiana, a federally licensed firearms dealer, by knowingly making false and fictitious oral and

written statements likely to deceive such dealer with respect to a material fact as to the lawfulness of the sale of the firearm, in that MIESHA WEBSTER stated on a Department of Justice, Bureau of Alcohol, Tobacco and Firearms, Form 4473, that she was the actual buyer of the firearm identified on the 4473 Form, when in fact MIESHA WEBSTER was not the actual buyer of the firearm, and/or that MIESHA WEBSTER resided at 52 S. Wayne Street, Danville, Indiana, when in fact WEBSTER did not reside at that address, and/or that MIESHA WEBSTER was not an unlawful user of marijuana, when in fact WEBSTER was an unlawful user of marijuana.

All of which is a violation of Title 18, United States Code, Section 922(a)(6).

COUNT 3
18 U.S.C. § 922(a)(6)
Making Materially False Statement in Connection with Acquisitions of Firearms – Straw Purchase

On or about September 15, 2021, in the Southern District of Indiana, MIESHIA WEBSTER, a defendant herein, acquired a firearm, specifically a Glock 19X 9mm pistol and a Glock 20 10mm pistol, from Premier Arms LLC located at 3754 S. Green Street, Brownsburg, Indiana, a federally licensed firearms dealer, by knowingly making false and fictitious oral and written statements likely to deceive such dealer with respect to a material fact as to the lawfulness of the sale of the firearm, in that in that MIESHA WEBSTER stated on a Department of Justice, Bureau of Alcohol, Tobacco and Firearms, Form 4473, that she was the actual buyer of the firearm identified on the 4473 Form, when in fact MIESHA WEBSTER was not the actual buyer of the firearm, and/or that MIESHA WEBSTER resided at 52 S. Wayne Street, Danville, Indiana, when in fact WEBSTER did not reside at that address, and/or that MIESHA WEBSTER

was not an unlawful user of marijuana, when in fact WEBSTER was an unlawful user of marijuana.

All of which is a violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 4
## 18 U.S.C. § 922(a)(6)
Making Materially False Statement in Connection with Acquisitions of Firearms – Straw Purchase

On or about September 15, 2021, in the Southern District of Indiana, MIESHIA WEBSTER, a defendant herein, acquired a firearm, specifically a Glock 22 .40 caliber pistol and a Glock 19 9mm pistol, from Plainfield Shooting Supplies located at 2605 E. Main St., Plainfield, Indiana, a federally licensed firearms dealer, by knowingly making false and fictitious oral and written statements likely to deceive such dealer with respect to a material fact as to the lawfulness of the sale of the firearm, in that MIESHA WEBSTER stated on a Department of Justice, Bureau of Alcohol, Tobacco and Firearms, Form 4473, that she was the actual buyer of the firearm identified on the 4473 Form, when in fact MIESHA WEBSTER was not the actual buyer of the firearm, and/or that MIESHA WEBSTER resided at 52 S. Wayne Street, Danville, Indiana, when in fact WEBSTER did not reside at that address, and/or that MIESHA WEBSTER was not an unlawful user of marijuana, when in fact WEBSTER was an unlawful user of marijuana.

All of which is a violation of Title 18, United States Code, Section 922(a)(6).

## **FORFEITURE**

1.  Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally

and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Information, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property which cannot be divided without difficulty.

4. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    A. Glock 21 Gen 4, .45 Cal., S/N: AFWZ770
    B. Glock 26, 9mm, S/N: BWZ438
    C. Glock 20, 10mm, S/N: WCV930
    D. Glock 19, 9mm, S/N: BSXK002
    E. Glock 22, .40 cal., S/N: BUCS734
    F. Glock 19X, 9mm, S/N: BTEG290
    G. Any ammunition recovered on September 17, 2021.

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Pamela S. Domash /BDG
Assistant United States Attorney